IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3018 |
| V. | ) ) | |
| ROAD BUILDERS MACHINERY & SUPPLY COMPANY, a Kansas Corporation, KOMATSU AMERICA CORPORATION, a Georgia corporation, and KOMATSU, LTD., a foreign corporation, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The records of the court show that on February 2, 2010 (filing 7) a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff, Continental Western Insurance Company. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.

As of this date, no Statement has been filed.

IT THEREFORE HEREBY IS ORDERED,

Counsel for Continental Western Insurance Company shall file the Corporate Disclosure Statement on or before May 31, 2010 or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 10th day of May, 2010.

BY THE COURT:

S/ *Cheryl R. Zwart*
United States Magistrate Judge