IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa Corporation, as subrogee of JRP Farms, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3018 |
| V. | ) ) | |
| ROAD BUILDERS MACHINERY & SUPPLY COMPANY, a Kansas Corporation, KOMATSU AMERICA CORPORATION, a Georgia corporation, and KOMATSU, LTD., a foreign corporation, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on its own motion. The court file discloses that the complaint in this matter was filed on February 1, 2010, but there is nothing of record indicating the defendants were served, and neither defendant has entered an appearance.

IT THEREFORE IS ORDERED that Plaintiff is given twenty days to show cause, why this case should not be dismissed for failure to comply with Fed. R. Civ. P. 4(m), and/or want of prosecution.

DATED this 3rd day of June, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge