# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CONTINENTAL WESTERN INS. CO.** ) <br> as a Subrogee of JRP Farms, Inc. ) <br>  ) <br> **Plaintiffs** ) <br>  ) <br> v.  ) <br>  ) <br> **ROADBUILDERS MACHINERY AND** ) <br> **SUPPLY COMPANY, INC., KOMATSU** ) <br> **AMERICA CORPORATION, INC. AND** ) <br> **KOMATSU LTD.** ) <br>  ) <br> **Defendants.** ) | Case No. 4:10-CV-3018 |

## ORDER

IT IS ORDERED that the motion to withdraw filed by Bradford E. Kistler, Patrick K. McMonigle and John F. Wilcox, Jr. as counsel of record for Defendant RoadBuilders Machinery and Supply Company, (filing no. 26), is granted.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge